# UNITED STATES DISTRICT COURT
## FOR THE
## **EASTERN DISTRICT OF NORTH CAROLINA**
## **SOUTHERN DIVISION**

UNITED STATES OF AMERICA

v.

Crim. No. 7:09-CR-157-4F

CHARLES DOMINIQUE SMITH

On Friday, February 10, 2012, the above named was placed on supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

## **ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 9th day of _O cth_ _____, 2014.

James C. Fox
Senior U.S. District Judge